**Opinion issued November 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00813-CV

———————————

## IN RE LTP REAL ESTATE, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On November 5, 2013, Relator LTP Real Estate, LLC filed a Motion to Dismiss Petition for Writ of Mandamus as Moot. No opinion has issued and although appellants did not include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we **dismiss** the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.